IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
JAN 8 2003

STACY COUSIN

2003 JAN -9 P 2: 24

Plaintiff,

Case No.: L-02-2848

CLERK'S OFFICE
AT BALTIMORE

vs.

_____ DEPUTY

CONSOLIDATED FREIGHTWAYS
CORPORATION OF DELAWARE

Defendant.

## VOLUNTARY MOTION FOR DISMISSAL

CLERK:

Please dismiss the above-captioned matter with prejudice.

Approved
January 9, 2003

B. Legg
USDJ

Joseph T. Mallon, Jr.
Mallon & McCool, LLC
16 South Calvert Street, Suite 1002
Baltimore, Maryland 21202
(410) 727-7887
Trial Bar No. 22878

Attorneys for the Plaintiff

